IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO PEDRAZA,<br><br>    Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | No. C 07-5619 JSW (PR)<br><br>**TRANSFER ORDER** |

    Petitioner, a prisoner incarcerated at Pelican Bay State Prison in Crescent City, California, has filed a petition for a writ of habeas corpus seeking review of his criminal conviction from Kern County, which lies within the venue of the Eastern District of California. *See* 28 USC § 84(b). Venue is proper in a habeas action in either the district of conviction or the district of confinement, *see id* § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

    Therefore, the Court ORDERS that pursuant to 28 USC § 1404(a) and Habeas LR 2254-3(b), and in the interest of justice, the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Eastern District of California.

    IT IS SO ORDERED.

DATED: November 14, 2007

                                               JEFFREY S. WHITE<br>
                                               United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

SERGIO PEDRAZA,

      Plaintiff,

  v.

PELICAN BAY STATE PRISON et al,

      Defendant.
                                       /

Case Number: CV07-05619 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sergio Pedraza
J23267
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: November 14, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk